UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL ACTION NO.07-15467

DALTON WALKER, JR.,
    Plaintiff,

-v-

DEPARTMENT OF ENERGY, ET.AL,
    Defendant(s).
                                       /

## ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County
of Wayne, State of Michigan on February 25, 2008.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

The plaintiff has filed an application for appointment of counsel. The Court concludes it would be premature to grant plaintiff's application at this time. Should the Court determine that appointment of counsel is appropriate at some future time, plaintiff's application may be reconsidered. Accordingly,

IT IS ORDERED that plaintiff's application for appointment of counsel is DENIED without prejudice.

                            s/Patrick J. Duggan
                            Patrick J. Duggan
                            United States District Judge

Dated: February 25, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 25, 2008, by electronic and/or ordinary mail.

                            s/Marilyn Orem
                            Case Manager